IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BEVERLY CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-25-CV-383-FB |
| § | |
| PHH MORTGAGE CORPORATION, § | |
| § | |
| Defendant. § | |

## **J U D G M E N T**

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Defendant's Motion to Dismiss for Failure to State a Claim filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant PHH Mortgage Corporation (docket #3) is GRANTED such that all of Plaintiff's claims against Defendant PHH Mortgage Corporation are DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE